IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Ronald B. Cooper, as the Personal Representative of the Estate of Bret Michael Cooper, and Grant Cooper,<br><br>Plaintiffs,<br><br>vs.<br><br>Massachusetts Mutual Life Insurance Company and HFF Wealth Management, LLC d/b/a HF Financial,<br><br>Defendants. | C.A. No.: 2:14-cv-04642-RMG |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Ronald B. Cooper, as the Personal Representative of the Estate of Bret Michael Cooper, and Grant Cooper and Defendants Massachusetts Mutual Life Insurance Company and HFF Wealth Management, LLC d/b/a HF Financial, hereby stipulate that the above-styled action shall be and the same hereby is dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own costs and expenses of litigation.

Respectfully submitted,

s/Theodore D. Willard, Jr.
Theodore D. Willard, Jr.
Federal I.D. No.: 5136
**MONTGOMERY WILLARD, LLC**
1002 Calhoun Street
Post Office Box 11886
Columbia, South Carolina 29211-1886
Telephone: (803) 779-3500
*Attorneys for Defendant Massachusetts Mutual Life Insurance Company*

s/Clayton B. McCullough
Clayton B. McCullough
Federal I.D. No.: 7120
Ross A. Appel
Federal I.D. No.: 11434
**MCCULLOUGH KHAN, LLC**
359 King Street, Suite 200
Charleston, SC 29401
(843) 937-0400
*Attorneys for Plaintiffs*

1

2

s/William A. Bryan, Jr.
William A. Bryan, Jr.,
Federal I.D. No.: 7616
Amy L. Neuschafer
Federal I.D. No.: 10002
**COLLINS & LACY, P.C.**
11945 Grandhaven Drive, Suite D
Murrells Inlet, SC 29576
Telephone: (843) 353-2350
*Attorneys for Defendant HFF Wealth*
*Management, LLC D/B/A HF Financial*